Case No. 11-37329-H4-13     DBA: CLEANING SERVICES OF HOUSTON

## CHAPTER 13 BANKRUPTCY
## OPERATING REPORT
BUSINESS STATEMENT OF INCOME (LOSS) FOR THE MONTH ENDING
MONTH: _APR/2011_

**GROSS RECEIPTS:** $ 4000

**OPERATING EXPENSES:**
Rent $ ____
Utilities:
Telephone ____
Electricity ____
Gas ____
Water ____
Other: ____ ____
Office Maintenance ____
Salaries ____
Employment Taxes ____
Professional Fees ____
Advertising ____
Raw Materials/Inventory ____
Office Supplies ____
Office Equipment
_cell phone_ 250
_gas vehicle_ 900
_car maint_ 60
Sales Taxes (if included in gross) ____
Dues, education, professional literature,
Etc. (specify) ____
_self-emp tax_ 30
Other: (specify): ____
____ ____

**TOTAL EXPENSES:** $1240

**NET PROFIT (LOSS)** $2760

10/13/2011
Date

Debtor's Signature
Christina Untermeyer

Case No. 11-37329-H4-13     DBA: CLEANING SERVICES OF HOUSTON

**CHAPTER 13 BANKRUPTCY**
**OPERATING REPORT**
**BUSINESS STATEMENT OF INCOME (LOSS) FOR THE MONTH ENDING**
MONTH: _may /2011_

GROSS RECEIPTS:                                              $ 4000

OPERATING EXPENSES:
Rent                                $ _____
Utilities:
Telephone                             _____
Electricity                           _____
Gas                                   _____
Water                                 _____
Other: _____                        _____
Office Maintenance                    _____
Salaries                              _____
Employment Taxes                      _____
Professional Fees                     _____
Advertising                           _____
Raw Materials/Inventory               _____
Office Supplies                       _____
Office Equipment
_Cell phone_                            250
_Fax machine_                            60
_Self-emp Tax_                           30
Sales Taxes (if included in gross)
Dues, education, professional literature,
Etc. (specify) _____
_Vehicle fees_                          900
Other: (specify): _____

TOTAL EXPENSES:                                              $ 1240

NET PROFIT (LOSS)                                            $ 2760

10/13/2011
Date

Debtor's Signature
Christina Untermeyr

Case No. 11-37329-H4-13    DBA: CLEANING SERVICES OF HOUSTON

CHAPTER 13 BANKRUPTCY
OPERATING REPORT
BUSINESS STATEMENT OF INCOME (LOSS) FOR THE MONTH ENDING
MONTH: 6/2011

GROSS RECEIPTS:                                        $ 4000

OPERATING EXPENSES:
Rent                                                   $ _____
Utilities:
Telephone                                              _____
Electricity                                            _____
Gas                                                    _____
Water                                                  _____
Other: _____
Office Maintenance                                     _____
Salaries                                               _____
Employment Taxes                                       _____
Professional Fees                                      _____
Advertising                                            _____
Raw Materials/Inventory                                _____
Office Supplies                                        _____
Office Equipment                                       _____
  Cell Phone                                           250
  Fax Machine                                          60
  Self-emp Tax                                         30
Sales Taxes (if included in gross)                     _____
Dues, education, professional literature,
Etc. (specify)                                         _____
  Vehicle gas                                          900
Other: (specify):
_____                                         _____

TOTAL EXPENSES:                                        $ 1240

NET PROFIT (LOSS)                                      $ 2760

10/13/2011
Date

Debtor's Signature
Christina Untermeyer

Case No. 11-37329-H4-13    DBA: CLEANING SERVICES OF HOUSTON

## CHAPTER 13 BANKRUPTCY
## OPERATING REPORT
### BUSINESS STATEMENT OF INCOME (LOSS) FOR THE MONTH ENDING
MONTH: 7/2011

GROSS RECEIPTS:    $ 4000

OPERATING EXPENSES:
Rent                              $
Utilities:
Telephone
Electricity
Gas
Water
Other: _____
Office Maintenance
Salaries
Employment Taxes
Professional Fees
Advertising
Raw Materials/Inventory
Office Supplies
Office Equipment
  cell phone                       250
  Ins Mach ine                     60
  Self. emp. Tax                   30
Sales Taxes (if included in gross)
Dues, education, professional literature,
Etc. (specify) _____

Other: (specify):
  Vehicle gas                      900

TOTAL EXPENSES:                    $ 1240

NET PROFIT (LOSS)                  $ 2760

10/13/2011
Date

Debtor's Signature
Christina Untermeyr

Case No. 11-37329-H4-13    DBA: CLEANING SERVICES OF HOUSTON

## CHAPTER 13 BANKRUPTCY
## OPERATING REPORT
### BUSINESS STATEMENT OF INCOME (LOSS) FOR THE MONTH ENDING
MONTH: 8/2011

GROSS RECEIPTS: $ 4000

OPERATING EXPENSES:
Rent $ _____
Utilities:
Telephone _____
Electricity _____
Gas _____
Water _____
Other: _____
Office Maintenance _____
Salaries _____
Employment Taxes _____
Professional Fees _____
Advertising _____
Raw Materials/Inventory _____
Office Supplies _____
Office Equipment _____
Cell phone 250
Self Emp Tax 30
fax machine 60
Sales Taxes (if included in gross) _____
Dues, education, professional literature, Etc. (specify) _____

Other: (specify):
Vehicle gass 900

TOTAL EXPENSES: $ 1240

NET PROFIT (LOSS) $ 2760

10/13/2011
Date

Debtor's Signature

Case No. 11-37329-H4-13      DBA:  CLEANING SERVICES OF HOUSTON

CHAPTER 13 BANKRUPTCY
OPERATING REPORT
BUSINESS STATEMENT OF INCOME (LOSS) FOR THE MONTH ENDING
MONTH: _9/2011_

GROSS RECEIPTS:                                              $ 6800

OPERATING EXPENSES:
Rent                                            $ _____
Utilities:
Telephone                                         _____
Electricity                                       _____
Gas                                               _____
Water                                             _____
Other: _____                                     _____
Office Maintenance                                _____
Salaries                                          _____
Employment Taxes                                  _____
Professional Fees                                 _____
Advertising                                       _____
Raw Materials/Inventory                           _____
Office Supplies                                   _____
Office Equipment
  cell phone                                        250
  vehicle gas                                       900
  car wash ive                                       60
Sales Taxes (if included in gross)                _____
Dues, education, professional literature,
Etc. (specify) _____                             _____

Other: (specify):
  Self emp Tax                                       30

TOTAL EXPENSES:                                            $ 1240

NET PROFIT (LOSS)                                          $ 5560

10/13/2011
Date

Debtor's Signature